[Nos. 16108–3–I; 17425–8–I.   Division One.   September 14, 1987.]

TOM COCKRELL, ET AL, *Respondents,* v. JOGINIDER P. SINGH, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Island County, No. 15619, Richard L. Pitt, J., entered February 15, 1985. *Reversed* and *dismissed* by unpublished opinion per Holman, J. Pro Tem., concurred in by Dore and Revelle, JJ. Pro Tem.

[Nos. 17803–2–I; 18041–0–I.   Division One.   September 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDRA KAY LANGE, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 85–1–00408–9, Marshall Forrest, J., entered February 6, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Williams, JJ.

[No. 18037–1–I.   Division One.   September 14, 1987.]

*In the Matter of* BRANDI LEIGH WATSON.

GEORGE WATSON, *Appellant,* v. MERRY FRANCES HELBIG, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 15469, Howard A. Patrick, J., entered February 28, 1986. *Affirmed* by unpublished opinion per Enyeart, J. Pro Tem., concurred in by Cole and Dolliver, JJ. Pro Tem.